JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FASHION LIFE, INC. dba Fang Clothing, a California corporation; TONY KIM, an individual; and ILLAN KIM,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CV 09-5305 DSF (CWx)<br><br>JUDGMENT |

   This matter having come on for hearing on a motion for summary judgment on January 25, 2010, and the Court having ruled in favor of Defendant,

   IT IS ORDERED AND ADJUDGED AS FOLLOWS:

   Judgment is entered in favor of Defendant.  Plaintiffs shall recover nothing from defendant.  Defendant shall recover from plaintiffs its costs pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, and Local Rule 54.

   DATED: February 1, 2010

                                        _____
                                                 Dale S. Fischer
                                        UNITED STATES DISTRICT JUDGE